UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. MATTIS, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN GIBBS, et al., <br><br> Defendants. | No. 2:25-cv-01704-DC-SCR (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> (Doc. No. 11) |

Plaintiff Jeffrey D. Mattis, a formerly incarcerated state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 14, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (Doc. No. 11.)  Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

The court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on October 14, 2025 (Doc. No. 11) are ADOPTED IN FULL;

1

2. This action is dismissed, without prejudice, for failure to prosecute, failure to comply with a court order, and the court's local rules; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 11, 2025**__

Dena Coggins
United States District Judge